uc #113804

48

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ )

Shonnon Sawyer
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

See attached
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case:2:18-cv-11534
Judge: Battani, Marianne O.
MJ: Whalen, R. Steven
Filed: 05-16-2018 At 09:22 AM
CMP SHONNON SAWYER V JP MORGAN CHAS
E BANK, ET AL (LG)

Jury Trial:  *(check one)*  ☑Yes  ☐No

# COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shonnon Sawyer |
| Street Address | 25999 Dover |
| City and County | Redford, Wayne |
| State and Zip Code | Michigan 48239 |
| Telephone Number | (313) 330-3380 |
| E-mail Address | Shonnon.sawyer@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                           James Dimon

Job or Title *(if known)*      President

Street Address                 270 Park Ave.

City and County                New York

State and Zip Code             New York  10017

Telephone Number               1-212-270-6000

E-mail Address *(if known)*


Defendant No. 2

Name                           Marianne Lake

Job or Title *(if known)*      CFO

Street Address                 270 Park Ave.

City and County                New York

State and Zip Code             New York  10017

Telephone Number               1-212-270-6000

E-mail Address *(if known)*


Defendant No. 3

Name                           JPMORGAN CHASE BANK, N.A.

Job or Title *(if known)*      Director

Street Address                 270 Park Ave.

City and County                New York

State and Zip Code             New York  10017

Telephone Number               1-212-270-6000

E-mail Address *(if known)*


Defendant No. 4

Name                           JPMORGAN CHASE BANK, N.A.

Job or Title *(if known)*      Director

Street Address                 270 Park Ave.

City and County                New York

State and Zip Code             New York  10017

Telephone Number               1-212-270-6000

E-mail Address *(if known)*

| | | |
|---|---|---|
| **Shonnon Sawyer** | ) | CASE NO: _____ |
| **Claimant,** | ) | |
| **v.** | ) | **COMPLAINT FOR** |
| JP MORGAN CHASE BANK, | ) | **FAILURE TO ANSWER** |
| N.A. | ) | **RESPA/QWR FRAUD** |
| DIRECTOR 1 | ) | DAMAGES |
| DIRECTOR 2 | ) | INJUNCTIVE AND |
| DIRECTOR 3 | ) | DECLARATORY RELIEF |
| DIRECTOR 4 | ) | |
| DIRECTOR 5 | ) | |
| PRESIDENT James Dimon | ) | ____ |
| CFO Marriane Lake | | |
| ALL DOES, ROES 1-1000 | | |

Claim:

My name is Mr. Shonnon Sawyer and I am a regular consumer. I wanted to purchase a house. I thought I was suppose to receive a loan in exchange for the Deed and my Note. That never transpired. I continued to ask JPMORGAN CHASE BANK, N.A. to give me, under penalty of perjury, the front and back copy of the loan check and they refuse. I want my Deed, Note and the lien released on my property. I also want all my payments, plus interest and 1.5 million dollars for the fraud committed against me. JPMORGAN CHASE BANK, N.A. failure to respond as I require them to respond, is considered not an answer to my required request. If they can't answer my questions the way I demand of them, then their responses don't count towards my demands. All of their communications are non-responsive because they refuse to answer under penalty of perjury and refuse to respond with signed communications that I require. They also refuse to affirm communications under penalty of perjury and that's evidence of their theft, fraud and deceit. I also want an Injunctive and Declaratory relief to prevent record tampering.

Respectfully,

Shonnon Sawyer
Under Penalty of Perjury



**United States of America**



Mr. Shonnon Sawyer
25999 Dover St.
Redford, Michigan 48239

May 11th 2018

## Declaration by Affidavit

### UNDER THE PENALTY OF PERJURY

Declarant, Shonnon Sawyer on my most solemn oath to God. Being of the age of the majority and competent to testify in a Court of Law. That there is no agreement or contract signed by any Bank Official, Agent or employee between JP MORGAN CHASE BANK, N.A. and Shonnon Sawyer. Therefore pursuant to the Statute of Frauds, Shonnon Sawyer requires Specific Performance for the Breech of Contract Failure to Perform. Return of all of the Declarants collateral, Deed, Note, all payments plus interest and sum certain $1,500,000.00 (One Million Five Hundred Thousand 00/100 *Dollars*) USD. For the damages, harm and injury caused to this Consumer due to deception, false advertising and fraud. All and any attempts to assign or transfer, Mr. Sawyer's personal information and identity to another is invasion of privacy and identity theft. And an additional sum certain of 1.5 million dollars to both assignor and the assignee.

JP MORGAN CHASE BANK, N.A. has failed to produce an agreement signed under penalty of perjury, between Shonnon Sawyer and JPMCB, N.A.

JP MORGAN CHASE BANK, N.A. has failed to produce a debt validation signed under penalty of perjury, between Shonnon Sawyer and JPMCB, N.A.

JP MORGAN CHASE BANK, N.A. has failed to produce signed under penalty of perjury a certified copy of a loan check issued by a Bank Officer, i.e. Directors, President, or CFO.

The information attest herein is true and correct.

Shonnon Sawyer Autograph

:Witness-Juror: Autograph

Glenn Clubb

Christina Gibbs

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

| | | Case No. |
|---|---|---|

Shonnon Sawyer

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

See attached

| | | (to be filled in by the Clerk's Office) |
|---|---|---|

Jury Trial: *(check one)* ☑ Yes ☐ No

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

    A.    The Plaintiff(s)

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shonnon Sawyer |
| Street Address | 25999 Dover |
| City and County | Redford, Wayne |
| State and Zip Code | Michigan, 48239 |
| Telephone Number | (313) 330 - 3380 |

| E-mail Address | Shonnon Sawyer @ yahoo.com |
|---|---|

**B.** **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant. include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | James Dimon |
| Job or Title *(if known)* | President |
| Street Address | 270 Park Ave. |
| City and County | New York |
| State and Zip Code | New York 10017 |
| Telephone Number | 1-212-270-6000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Marianne Lake |
| Job or Title *(if known)* | CFO |
| Street Address | 270 Park Ave. |
| City and County | New York |
| State and Zip Code | New York 10017 |
| Telephone Number | 1-212-270-6000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | JPMORGAN CHASE BANK, N.A. |
| Job or Title *(if known)* | Director |
| Street Address | 270 Park Ave. |
| City and County | New York |
| State and Zip Code | New York 10017 |
| Telephone Number | 1-212-270-6000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | JPMORGAN CHASE BANK, N.A. |
| Job or Title *(if known)* | Director |
| Street Address | 270 Park Ave. |
| City and County | New York |
| State and Zip Code | New York 10017 |
| Telephone Number | 1-212-270-6000 |
| E-mail Address *(if known)* | |

**II.** **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case. no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

| | Federal question | | Diversity of citizenship |
|---|---|---|---|

Fill out the paragraphs in this section that apply to this case.

**A.**      **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

|  | title 18 USC 654 - 657 |
|---|---|

**B.**      **If the Basis for Jurisdiction Is Diversity of Citizenship**

     1.      The Plaintiff(s)

         a.      If the plaintiff is an individual

| The plaintiff, *(name)* | | , is a citizen of the |
|---|---|---|
| State of *(name)* | | . |

         b.      If the plaintiff is a corporation

| The plaintiff, *(name)* | | , is incorporated |
|---|---|---|
| under the laws of the State of *(name)* | | . |
| and has its principal place of business in the State of *(name)* | | |
| | | . |

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

     2.      The Defendant(s)

         a.      If the defendant is an individual

| The defendant, *(name)* | | , is a citizen of |
|---|---|---|
| the State of *(name)* | | . Or is a citizen of |
| *(foreign nation)* | | . |

         b.      If the defendant is a corporation

| The defendant, *(name)* | | , is incorporated under |
|---|---|---|
| the laws of the State of *(name)* | | . and has its |
| principal place of business in the State of *(name)* | | . |
| Or is incorporated under the laws of *(foreign nation)* | | . |
| and has its principal place of business in *(name)* | | . |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

     3.      The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

|  | Failure to validate debt under penalty of perjury |
|---|---|

**III.**      **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including

the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

| | |
|---|---|
| | I never received a loan in exchange for my Deed and Note. JPMorgan CHASE BANK, N.A. refuse under penalty of perjury to give me the front and back copy of the loan check. JPMC BNA also attempts to transfer servicing rights to evade me. |

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed. the amounts. and the reasons you claim you are entitled to actual or punitive money damages.

| | |
|---|---|
| | JPMORGAN CHASE BANK, N.A. fraud and theft against me on a void contract has caused me payments on a void contract and it has cost me my Deed, Note and all my payments. I want my Deed, Note, and all my payments plus interest returned in the amount of 1.5 million dollars. |

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11. by signing below. I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending. modifying. or reversing existing law; (3) the factual contentions have evidentiary support or. if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| Date of signing: | | May, 16 2018 |
|---|---|---|

| Signature of Plaintiff | Shanna Sawyer | |
|---|---|---|
| Printed Name of Plaintiff | Shannon Sawyer | |

### B.  For Attorneys

| Date of signing: | | |
|---|---|---|

| Signature of Attorney | | |
|---|---|---|
| Printed Name of Attorney | | |
| Bar Number | | |
| Name of Law Firm | | |
| Street Address | | |
| State and Zip Code | | |
| Telephone Number | | |
| E-mail Address | | |

Page of 5

# Note

Multistate

| FHA Case No. |
|---|
| 2640710911703 |

October 19, 2010
[Date]

25999 Dover, REDFORD, MI 48239
[Property Address]



1. Parties. *"Borrower"* means each person signing at the end of this Note, and the person's successors and assigns. *"Lender"* means JPMorgan Chase Bank, N.A. and its successors and assigns.

2. Borrower's Promise to Pay; Interest. In return for a loan received from Lender, Borrower promises to pay the principal sum of eighty thousand nine hundred ten and 00/100 Dollars (U.S. $80,910.00), plus interest, to the order of Lender. Interest will be charged on unpaid principal, from the date of disbursement of the loan proceeds by Lender, at the rate of four and five-eighths percent (4.625%) per year until the full amount of principal has been paid.

3. Promise to Pay Secured. Borrower's promise to pay is secured by a mortgage, deed of trust or similar security instrument that is dated the same date as this Note and called the *"Security Instrument."* The Security Instrument protects the Lender from losses which might result if Borrower defaults under this Note.

4. Manner of Payment.

   (A) Time. Borrower shall make a payment of principal and interest to Lender on the first day of each month beginning on December 1, 2010. Any principal and interest remaining on the first day of November, 2040, will be due on that date, which is called the "Maturity Date."

   (B) Place. Payment shall be made at P.O. Box 78420, Phoenix, AZ 85062-8420 or at such place as Lender may designate in writing by notice to Borrower.

   (C) Amount. Each monthly payment of principal and interest will be in the amount of U.S. $416.00. This amount will be part of a larger monthly payment required by the Security Instrument, that shall be applied to principal, interest and other items in the order described in the Security Instrument.

   (D) Allonge to This Note for Payment Adjustments. If an allonge providing for payment adjustments is executed by Borrower together with this Note, the covenants of the allonge shall be incorporated into and shall amend and supplement the covenants of this Note as if the allonge were a part of this Note. [Check applicable box]

   ☐ Graduated Payment Allonge ☐ Growing Equity Allonge ☐ Other [specify]

5. Borrower's Right to Prepay. Borrower has the right to pay the debt evidenced by this Note, in whole or in part, without charge or penalty, on the first day of any month. Lender shall accept prepayment on other days provided that Borrower pays interest on the amount prepaid for the remainder of the month to the extent required by Lender and permitted by regulations of the Secretary. If Borrower makes a partial prepayment, there will be no changes in the due date or in the amount of the monthly payment unless Lender agrees in writing to those changes.

6. Borrower's Failure to Pay.

   (A) Late Charge for Overdue Payments. If Lender has not received the full monthly payment required by the Security Instrument, as described in Paragraph 4(C) of this Note, by the end of fifteen calendar days after the payment is due, Lender may collect a late charge in the amount of four percent (4.000%) of the overdue amount of each payment.

   (B) Default. If Borrower defaults by failing to pay in full any monthly payment, then Lender may, except as limited by regulations of the Secretary in the case of payment defaults, require immediate payment in full of the principal balance

2640710911703

FHA Multistate Fixed Rate Note
VMP®
Wolters Kluwer Financial Services

201010183.5 0.0.400220100528Y

1040296396
10/95

Initials _____ Page 1 of 2

## Affidavit of No Loan Issued or Received
### Void contract

I, Shonnon Sawyer, am of sound mind and of the age of the majority. Competent to testify in a Court of Law as to the facts stated herein, to be true, complete. correct and not to be misleading. Having personal first hand knowledge. Under the penalty of Perjury.

From December 01, 2010 til the present December 14th, 2017, JPMORGAN CHASE BANK N.A. has accepted payments from Affiant, Shonnon Sawyer under false pretenses. I agreed to allow JPMORGAN CHASE BANK N.A. to hold my Mortgage Deed of Trust and Note in exchange for a loan. The loan never issued. The agreement was never consummated.

#2 on the Note says "**Borrower's Promise to Pay; Interest, In return for a loan received from Lender**. Borrower promises to pay the principal sum plus interest..." Please see attached highlighted section.

To collect payments on a void contract where it is painfully clear, the Lender, JPMORGAN CHASE BANK N.A.  never issued a loan, breach their duty by failure to perform, Operating in Bad Faith, unclean hands, unjust enrichment, fraudulent and deceptive Trade Practices and Insurance Fraud . Violating numerous federal and state criminal laws along with National and International Banking laws.

Signed _____
Printed name Shonnon Sawyer

Date 12/19/2017

State of Michigan )
                 ) :ss
County of Wayne  )

### ACKNOWLEDGMENT

On this ___ day of December, in the year of 2017, before me __Deleanna Allen__, a Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or identified to me on the basis of satisfactory evidence to be the Living Man whose name is subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that he executed the same as his own free will, act, and deed.

_____(Seal)

Notary Public

DELEANNA ALLEN
Notary Public - State of Michigan
County of Wayne
My Commission Expires Jun 18, 2023
Acting in the County of _____

Craig J. Kenney
Senior Vice President
Chase Bank
P.O. Box 18310
Columbus, OH 43218-3210

Shannon Sawyer
25999 Dover
Redford, Michigan
48239

*private between the parties*

*non assignabe*              *non negotiable*              *non transferrable*

*confidential priority private special*

### out of court settlement offer

*Notarized Written Notice of the Discharge of the Obligation*

*Due to the violation of clearly written Federal and State Laws, National and International Banking Laws.*

This a **Notice of the Discharge of the Obligation to Pay Instrument**, *concerning any and all instruments associated with the Account 0000000000 pursuant to the Uniform Commercial Code (UCC) Articles 3-310 and 3-604 which allows **a person entitled to enforce an instrument**, to discharge an obligation (for cause, deceptive and fraudulent trade practices) to pay an instrument by an intentional voluntary act to cancel an instrument by a signed writing.*

*Signed Writing*

*The Mortgage Lender/Servicer is hereby and herein notified, that any and all said instruments are cancelled, effective immediately. Nunc Pro Tunc, Void Abinitio*
This 19th day December month 2017

Signed _____
Printed name Shannon Sawyer

### ACKNOWLEDGMENT AND ACCEPTANCE

On this ▓ day of December, in the year of 2017, before me _Deleanna Allen_____, a Notary Public, personally appeared firstly being duly (Your Name) affirmed to be known or identified to me on the basis of satisfactory evidence to be the Living Man whose name is subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that he executed the same as his own free will, act, and deed.

_____(Seal)
Notary Public

DELEANNA ALLEN
Notary Public - State of Michigan
County of Wayne
My Commission Expires Jun 18, 2023
Acting in the County of Wayne

Craig ... Sawyer
Senior Vice President
Chase Bank
P.O. Box 183210
Columbus, OH 43218-3210

*private between the parties*

25999 Dover
Redford, Michigan
48239

*non assignabe*          *non negotiable*          *non transferrable*

*confidential priority private special*

**continued out of court settlement offer**
**Cease and Desist/Breach of Trustee Duty**

***You are Fired, for the breach of your Trustee Duty!*** *Any and all further attempts to by any party to collect upon, negotiate, transfer or assign of any and all said instruments (All Closing Documents, Mortgage Deed of Trust and Note) for any commercial purpose or transaction, other than to return my property to me. Including all payments and rents accrued with interest times 3, fraud pays treble damages. Treble times the Note. Your failure to comply immediately constitutes a dishonor and a show of bad faith of this presentment. Fraudulent and deceptive Trade practices. Show your criminal intent to defraud the, Home buyer, American people. And shall be prosecuted to the fullest extent of the law! (JP Morgan N.A.) has 3days (72 hrs) provide the following Notarized receipts, by the Bank President, Directors or Chief Financial Officer. Front and back Notarized copy of the loan check, notarized receipt for the Note, and notarized receipt for the Mortgage Deed of Trust. This matter is non negotiable. Communicate only in writing. Opt out of 3rd party contact i.e. Chief or local Legal Counsel. Private between the parties. Will accept $1,500,000.00 (One Million Five Hundred Thousands of Dollars 00/100) USD or it's equivalent, sum certain, for the unjust enrichment of/from my property. Non Negotiable. I honestly prefer to take it to Court of Competent Jurisdiction, Trial by Jury Demand. Let all your customers know.*

This 19th day December month 2017 Signed _____

Printed name Shannon Sawyer

**ACKNOWLEDGMENT AND ACCEPTANCE**

On this ▓ day of December, in the year of 2017, before me Deleanna Allen, a Notary Public, personally appeared firstly being duly (Your Name) affirmed to be known or identified to me on the basis of satisfactory evidence to be the Living Man whose name is subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that he executed the same as his own free will, act, and deed.

_____(Seal)
Notary Public

DELEANNA ALLEN
Notary Public - State of Michigan
County of Wayne
My Commission Expires Jun 18, 2023
Acting in the County of Wayne

*From the Desk of*
*Mr. Shonnon Sawyer*
*25999 Dover*
*Redford, Michigan 48239*

*December 21, 2017*

JPMORGAN CHASE BANK N.A.
Directors, President, CFO and Registered Agents
P.O. Box 183210
Columbus, OH 43218-3210

Re: Account Number 1040298396

This is a Qualified Written Request (QWR) as defined by the Real Estate Settlement Procedures Act (RESPA) for information regarding the mortgage loan as referenced above. In addition, this is also a request made pursuant to Section 404 (b) of Public Law 111-22, Section 404(b) for the name, address and telephone number of the holder and owner of the Mortgage Note and for the same information with respect to the Master Servicer of the obligation, as well as Public Law 107-56, 115 Stat. 272 (U.S.A. P.A.T.R.I.O.T. Act). Please note that your failure to respond to this request may result in a civil action by me pursuant to Section 1641(f) of Title 15 of the United States Code.

By my signature below, I authorize you to furnish me with the requested information, and any other information regarding the above account and mortgage loan.

I am sending you this QWR because I need the following questions answered and notarized concerning this account.

It is unclear as to who is the current **holder in due course** and owner of the original mortgage note; 2:) who is the current **Trustee** and how they became Trustee; 3:) who is the current **Beneficiary** and how they became Beneficiary; 4:) how the **alleged** loan was funded and by whom; v) whether money was laundered by the purported 'funders' to fund terrorists activities; vi) where the funds to finance the alleged loan were obtained from; vi) who the funds to finance the **alleged** loan were obtained from.

Therefore it is requested that you resolve this uncertainty and dispute by providing me with the following information.

You are required to:

1. Pursuant to the U.S.A. P.A.T.R.I.O.T. Act, provide me the accounting and flow of all money as well as the source of funds related to this **alleged** loan.

2. Provide the Committee on Uniform Security Identification Procedures ("CUSIP") number for the loan application pertaining to this **alleged** loan;

3. Provide any and all CUSIP numbers pertaining to this **alleged** loan;

4. A complete and original life of the **alleged** loan transaction history notarized prepared by the Servicer from its own records using its own system and default servicing personnel;

5. A copy of your Key Loan transaction history, bankruptcy work form, or XLS spreadsheet of all accounts associated with this **alleged** mortgage loan;

6. The Transaction Codes related to the **alleged** loan referenced herein;

7. The Code definitions in plain English;

8. A copy of the MERS MIN Summary and Milestone Reports. (If applicable)

9. Pursuant to the Truth-In-Lending Act, identify the name, address, and telephone number of the owner of my **Note** and **Security Instrument**.

10. Copies of all collection notes, collection records, communication files or any other form of recorded data with respect to any communications between you and the alleged borrower;

11. An itemized statement supporting the figure claimed due and owing as of 12/21/2017 in the amount of __ _____;

12. Copies of all written or recorded communications between you and any non-lawyer third parties regarding this mortgage;

13. All P-309 screen shots of the history of all of the accounts, principal, interest, escrow, late charges, legal fees, property inspection fees, broker price opinion fees, statutory expense fees, miscellaneous, corporate advance fees, etc., and as stated above associated with the aforementioned alleged loan.

14. The name and address of the owner of the Note signed by me and secured by the Mortgage Deed of Trust Security Instrument in the alleged mortgage loan referenced above.

15. The name and address of the entity that legally is the "holder" of the Note signed by me and secured by the Security Instrument in the mortgage loan

referenced above. If your answer is the same as your answer to #14 above, you may simply reply, "same as #14."

16. The names of all entities to which the Note referenced above has been sold or otherwise transferred at any time, the amount the note sold or transferred for, and the dates that each sale or transfer of the Note occurred.

17. A copy of the Note referenced above showing all endorsements that have occurred, together with any allonge that exists to that Note.

18. The names of all entities to which my Security Instrument has been assigned, and the dates that each assignment occurred. If any assignment in blank has occurred, include it and the list of dates with the notation "In Blank" in place of the name of the entity.

19. A copy of each of the assignments reflecting each assignment referenced in #18 above.

20. A copy of each written notice that has been sent to me informing me of the sale or transfer or assignment of the Note or Security Instrument referenced above. You need only include notices sent by you or any corporate affiliate of yours, or notices of which you otherwise have actual knowledge. You need NOT include in any Notice of Transfer of Servicing that may have been sent pursuant to RESPA. This request is only for notices that have been sent in compliance with the Truth-In-Lending Act.

Thanking you in advance, I am, respectfully yours. _____

Shonnon Sawyer

**STATE OF MICHIGAN )**

) :ss

**COUNTY OF WAYNE )**

**ACKNOWLEDGMENT**

On this 21st day of December, in the year of 2017, before me _Deleanna Allen_, a Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or identified to me on the basis of satisfactory evidence to be the Living Man whose name is subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that he executed the same as his own free will, act, and deed.

_Deleanna Allen_ (Seal)

Notary Public

DELEANNA ALLEN
Notary Public - State of Michigan
County of Wayne
My Commission Expires Jun 18, 2023
Acting in the County of _Wayne_

JPMORGAN CHASE BANK N.A  
Directors, President, CFO, and Registered Agents  
P.O. Box 183222  
Columbus, OH 43218-3222  

Shonnon Sawyer  
25999 Dover  
Redford, MI 48239  

Re: Account Number 1040298396

*I, Shonnon Sawyer, alleged Borrower. Filled out a loan application with **JPMORGAN CHASE BANK N.A.** alleged lender and was approved. To whomever my loan application was submitted to, they never issued a check to me. I want you to send to me, a certified front and back copy of the loan check. Not only do you have to issue me a check, but I have to endorse the check to be cashed. If you can't verify that a check was issued, and if you can't verify that I endorsed the check and signed it over to a third party such as **JPMCB N.A.**, then this entire process is misrepresentation and fraud. I was there at closing and I'm telling you that I DID NOT receive a loan check. Present to me the front and back copy of the loan check, certify it by a bank President, Director, or CFO. Or, I'm taking **JPMCB N.A.** to court for misrepresentation and fraud. **JPMCB N.A.** was able to obtain my note and deed to my house in agreement for a loan that I never received. Since I never received a loan, **JPMORGAN CHASE BANK N.A** has to return to me, my promissory note and deed to my property. If you can't show the loan, I want my deed and promissory note returned to me in ten days and all of my payments, plus interest. Repayment of a loan never received. Loan was offered, not given, but offered. Your failure to comply in ten days is your agreement to take you to court and sue you along with criminal charges against you. How could I be liable for a loan never received? IT IS A CRIME TO DEFRAUD A CONSUMER.*

Signed _(signature)_  
Printed name Shonnon Sawyer

Date 1/5/2018

State of Michigan )  
                ) :ss  
County of Wayne )

## ACKNOWLEDGMENT

On this ▓▓ day of January, in the year of 2018, before me _Deleanna Allen_, a Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or identified to me on the basis of satisfactory evidence to be the Living Man whose name is subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that he executed the same as his own free will, act, and deed.

_(signature)_ (Seal)

Notary Public

> DELEANNA ALLEN  
> Notary Public - State of Michigan  
> County of Wayne  
> My Commission Expires Jun 16, 2023  
> Acting in the County of _Wayne_

**Prepared By:**

Shonnon Sawyer

**After Recording Return To**: 25999 Dover Redford, Michigan 48239

---

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Notice- Of rescission and offer to return consideration

To: JP MORGAN CHASE BANK N.A. P.O.Box 183222 Columbus, OH 43218-3222

This is to notify JPMORGAN CHASE BANK N.A. that Shonnon Sawyer[rescinding party], [residing at or with its principal place of business at], 25999 Dover, _Redford_ [City], _Wayne_ County, _Michigan_ [State], hereby rescinds the contract or lease or other agreement that was entered into between JPMCBNA and SS on October 19th 2010, for a loan never received.

Rescission is based on the grounds of fraud and misrepresentation, in that a loan was never given. The contract is void for breach of promise and failure to perform.

Shonnon Sawyer[Rescinding party] offers to restore everything of value that SS received from JPMORGAN CHASE BANK N.A. under the contract or lease or other agreement, on the mandatory condition that JPMCBNA also restore everything of value that JPMCBNA received. In particular, JPMCBNA are demanded by law to return my promissory note, title and my payments with interest in the amount of 1.5 million, interest cost and fees are included. JPMCBNA has 10 days to respond and return my property. JPMCBNA failure to do so is admission to the fraud and misrepresentation and gross misrepresentation in the dealing with a public consumer. Cordially yours, Shonnon Sawyer.

Date: 1-19-18 .

[Signature] _(handwritten signature)_

## ACKNOWLEDGMENT

On this 18th of January, in the year 2018, before me ___Roderic L Scott___, a Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or identified to me on the basis of satisfactory evidence to be the Living Man whose name is subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that he executed the same as his own free will, act, and deed.

_(handwritten signature)_ _____(Seal)

Notary Public

> RODERIC L SCOTT
> Notary Public, State of Michigan
> County of Wayne
> My Commission Expires July 4, 2021
> Acting in the County of Wayne

*From the Desk of*
*Mr. Shonnon Sawyer*
*25999 Dover*

**January 18, 2018**
JPMORGAN CHASE BANK N.A.
P.O. Box 183222
Columbus, OH 43218-3222

To Whom it May Concern

*I Shonnon Sawyer, have received your Qualified Written Request response dated January 09, 2018. Whoever is responding was not at closing. This is my third request to receive a certified copy of the loan check signed by a bank President or CFO. I need a competent person to respond, who was at closing. This is a reasonable request from a consumer. This run around is not acceptable. Anything other than the loan check, signed and notarized by a bank President or CFO is considered fraud and embezzlement. JPMORGAN CHASE BANK N.A. cannot have privileged information that is pertaining to me(SS) that I(SS), cannot have access to. Anything with my name on it, I'm(SS) entitled to see.*

*Respectfully,*

Shonnon Sawyer

*State of Michigan )*
*) :ss*
*County of Wayne )*

**ACKNOWLEDGMENT**
**On this 18th day of January, in the year 2018, before me** _____ Roderic L. Scott _____ **, a**
Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or
identified to me on the basis of satisfactory evidence to be the Living Man whose name is subscribed
to/in the within instrument, secondly being duly sworn, acknowledged before me that he executed
the same as his own free will, act, and deed.

_____ **(Seal)**
**Notary Public**

RODERIC L SCOTT
Notary Public, State of Michigan
County of Wayne
My Commission Expires July 4, 2021
Acting in the County of Wayne

penalty of perjury. The only acceptable response is a front and back, notarized copy of the loan check signed by a director, bank President, or CFO. Nothing else is acceptable. This matter is non-negotiable. The demand response notarized under penalty of perjury is also non-negotiable. SS demand for the removal of the lien on SS's property. Return SS's deed, promissory note, and all payments made, plus interest.

SS demands that the Office of the Comptroller of the Currency bring a suit in SS's name to demand that JPMCBNA charter be dissolved, as per section 53 of the National Bank Act (see attached). What JPMCBNA says is not recognizable, being as though JPMCBNA refuse to sign letters and show professionalism. SS put up all the collateral and JPMCBNA failed to show the collateral JPMCBNA allegedly put up that would have been the loan check. Which voids the contract. Absent proof of notarized under penalty of perjury voids the contract. SS cannot be held to an agreement that JPMCBNA can't verify. The fact of the matter is, every letter or communication that JPMCBNA sends has to be notarized, and signed by a natural man, a flesh in blood, living man. JPMCBNA's communication to SS is un-signed, and computer generated denotes JPMCBNA fraud. Letters JPMCBNA is sending SS is not recognized in law because they are un-signed.

Anytime that someone has possession of SS's property, are SS's Trustee. SS can fire the Trustee for failing to protect the Trust Res. The Trust Res is all SS's documents signed, un-signed, initialed and marked. That includes the deed, the promissory note and all payments, plus interest etc... Anytime SS gives someone something to hold for SS, they become SS's Trustee. A Trust relationship has been formed. With that being said, isn't it reasonable to expect that SS will come back to get SS's property. JPMCBNA seems to have forgot or not acknowledging JPMCBNA's authority comes from SS. Due to JPMCBNA unclean hands and dishonored service. Which is why SS demands that the Office of the Comptroller of the Currency to bring a lawsuit in SS's name to dissolve JPMCBNA's charter. What JPMCBNA says doesn't make a difference and is quite unprofessional, and criminal to send un-signed computer generated communications. This is a lack of professionalism as well as accountability and responsibility. Equality under the law is paramount and mandatory. I DEMAND SIGNED AND NOTARIZED COMMUNICATIONS ONLY.

Cordially Yours,

Shonnon Sawyer

State of Michigan

I:S.

County of Wayne

Executive Office
3415 Vision Drive
Columbus, OH 43219

Shonnon Sawyer
25999 Dover
Redford, MI 48239

March, 19th, 2018

To Director, President, or CFO

In response to your computer generated letter, dated 03/13/2018, Acceleration Warning (Notice of Intent to Foreclose). Who is the default insurance with? What's the amount of that default insurance? I also want to know if JPMORGAN CHASE BANK N.A., hereinafter JPMCBNA applied for the default insurance under penalty of perjury? JPMCBNA has to apply for the default insurance first and be denied before JPMCBNA can foreclose.

To this present date of 03/19/2018, I, Shonnon Sawyer, hereinafter SS have not heard from the Bank President, Director, or CFO of the Bank, under penalty of perjury, with a certified, front and back copy of the loan check that was issued. JPMCBNA continues to avoid and evade what SS require. SS require the front and back, notarized copy of the loan check issued. JPMCBNA failure to certify, validate, and verify the loan proves JPMCBNA fraud.

All of JPMCBNA's communications have come to SS unsigned and none of the communications have come from the office of the Bank President, Bank Director, or the office of the CFO of the Bank. All of JPMCBNA's communications doesn't mean anything because that's not to whom SS is directing SS's communications to. Not one letter is from the office of the Bank President, or Directors, or Chief Financial offices. Whoever is responding to SS doesn't even have the professionalism and common decency to sign these unrecognizable, computer generated letters.

Until JPMCBNA can validate the loan by sending SS a front and back, signed, notarized copy of the loan check, JPMCBNA has no right to foreclose on SS property. How can JPMCBNA collect on a loan never issued and on a loan that SS furnished the money on? SS cannot borrow money from SS. Please see attached for previous request to validate and receive a front and back, notarized copy of the loan check.

JPMCBNA power to foreclose is void, absent a notarized copy, front and back of the loan check signed by a Bank Officer. No other communications or signature mean anything without meeting this demand.

Can SS be more clearer. JPMCBNA MUST respond under penalty of perjury, that has to be signed.

Respectfully,

Shonnon Sawyer

State of Michigan )
                   ) :ss
County of Wayne )

### ACKNOWLEDGMENT

On this 19th day of March, in the year of 2018, before me _Damika L. Clark_____, a Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or identified to me on the basis of satisfactory evidence to be the Living Man whose name is subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that he executed the same as his own free will, act, and deed.

_____ (Seal)
Notary Public

DAMIKA L CLARK
Notary Public - State of Michigan
Wayne County
My Commission Expires Dec 23, 2021
Acting in the County of _Wayne_

JP Morgan Chase Bank, N.A.
Executive Office
3415 Vision Drive
Columbus, OH 43219


Shonnon Sawyer
25999 Dover
Redford, MI 48239


April 19, 2018


To Director, President, or CFO:


The purpose, intent and relevancy of this letter is to stop any foreclosure actions without notarized certifications. There are still issues of material facts that have yet to be disclosed to me, Shonnon Sawyer. JPMORGAN CHASE BANK, N.A. has yet to demonstrate if the Note secured by the Deed of Trust was ever funded by JPMCB, N.A. and fail to disclose that the Note had an Actual Cash Value unbeknownst to Shonnon Sawyer.

Settle and close this account, discharge and set off the debt, and zero out the accounts. Return the Deed, original Note, all payments with interest, and all rents collected with interest. All of the rights, title and interest returned to the Beneficiary, free and clear.




Respectfully,

Shonnon Sawyer

U.S. Senator Gary Peters
Attn: Constituent Services
477 Michigan Avenue, Suite 1837
Detroit, MI 48226

Shonnon Sawyer
25999 Dover
Redford, MI 48239

To U.S Senator Gary Peters aide Michael Tash

The assistance I, Shonnon Sawyer am seeking is in regards to bank fraud and embezzlement pertaining to JPMORGAN CHASE BANK N.A. I have sent numerous letters to JPMCBNA to resolve my complaint. I have also contacted other government agencies and Congressional offices that include, U.S. Senator Debbie Stabenow, Office of the Comptroller of the Currency (federal and state comptroller), Office of the Nations High Commissioner for Human Rights, Consumer Financial Protection Bureau, Federal Trade Commission, Postmaster General, U.S. Department of Justice, Michigan Attorney General, U.S. Department of the Treasury.

I applied for a loan from JPMORGAN CHASE BANK N.A. which I never received. However, they have been receiving monthly mortgage repayments on a loan that was never given. That is fraud and gross misrepresentation. I want to know what is going to be done about this dispute. I filled out a loan application and wasn't given a loan. That's identity theft and invasion of privacy and fraud by inducement. President Donald Trump said, "I call on the Congress to empower every cabinet secretary with the authority to reward good workers – and to remove federal employees who undermine the public trust or fail the American people", as per the State of the Union Address. Per The President of the United States, the empowerment is to the Secretaries, not the aides. It would seem to me that it's the Secretary that I should be seeking help, not the aide. Can you, Michael Tash, forward my plea for help to the Secretary? It's a great travesty and injustice against the American people not to be heard by the correct government officials.

JPMORGAN CHASE BANK N.A. has yet to respond to any of my letters sent to them. No one at JPMCBNA is being accountable or responsible. JPMCBNA has sent unsigned letters after specifically being ask by me to respond to my dispute and request to be answered by a bank Director, bank President, or CFO. Zero response from the addresses. I gave JPMCBNA numerous opportunities for the Directors, Presidents, or CFO's and they are not responding. Someone lesser than is sending me unsigned, computer generated letters and that's unacceptable and not recognizable. JPMORGAN CHASE BANK N.A. is nonresponsive to my communications under penalty of perjury, which is required. Since I was asked to contact you, Mr. Michael Tash. I am also requesting a copy of JPMORGAN CHASE BANK N.A. charter. A certified copy of JPMCBNA charter as soon as possible.

Respectfully,

Shonnon Sawyer

*From the Desk of*
*Mr. Shonnon Sawyer*
*25999 Dover*

*January 18, 2018*

U.S. Senator Gary Peters
Hart Senate Office Building
Washington, D.C. 20510

Bank Fraud and Bank Embezzlement Complaint

To Whom it May Concern

*On October 19, 2010 I entered into an agreement with* JPMORGAN CHASE BANK N.A. *which I was promised a loan I have not received to date. Yet* JPMORGAN CHASE BANK N.A. *has collected monthly payments from me without verifying the alleged loan. I have asked in writing for the return of my Note, mortgage Deed of Trust and all my Closing documents. Along with all the payments made plus interest and rent accrued. I have been informed by a reliable source that you are the Bank police. I am reporting this crime of Consumer fraud.*

*I have also sent to* JPMORGAN CHASE BANK N.A. a **NOTICE OF DISCHARGE OF OBLIGATION TO PAY INSTRUMENT**. *Twice now which they choose or have chosen to ignore. I demand criminal prosecution to the fullest extent of the law. Thank you for time and consideration in reading my concerns. I want my money back times three for the fraud. My Home free and clear with no encumbrances.*

*Respectfully,*

Shonnon Sawyer

**ACKNOWLEDGMENT**  Roderic L. Scott _____, a
On this 18th day of January, in the year 2018, before me _____
Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or
identified to me on the basis of satisfactory evidence to be the Living Man whose name is subscribed
to/in the within instrument, secondly being duly sworn, acknowledged before me that he executed
the same as his own free will, act, and deed.

_____(Seal)

**Notary Public**

```
RODERIC L SCOTT
Notary Public, State of Michigan
County of Wayne
My Commission Expires July 4, 2021
Acting in the County of _____
```

*From the Desk of*
*Mr. Shonnon Sawyer*
*25999 Dover*

*January 11, 2018*

Federal Reserve Consumer Help
PO Box 1200
Minneapolis, MN 55480

Bank Fraud and Bank Embezzlement Complaint

To Whom it May Concern

*On October 19, 2010 I entered into an agreement with* JPMORGAN CHASE BANK N.A. *which I was promised a loan I have not received to date. Yet* JPMORGAN CHASE BANK N.A. *has collected monthly payments from me without verifying the alleged loan. I have asked in writing for the return of my Note, mortgage Deed of Trust and all my Closing documents. Along with all the payments made plus interest and rent accrued. I have been informed by a reliable source that you are the Bank police. I am reporting this crime of Consumer fraud.*

*I have also sent to* JPMORGAN CHASE BANK N.A. *a* **NOTICE OF DISCHARGE OF OBLIGATION TO PAY INSTRUMENT**. *Twice now which they choose or have chosen to ignore. I demand criminal prosecution to the fullest extent of the law. Thank you for time and consideration in reading my concerns. I want my money back times three for the fraud. My Home free and clear with no encumbrances.*

*Respectfully,*

Shonnon Sawyer

State of Michigan

County of Wayne

## ACKNOWLEDGMENT

On this 11th day of January, in the year of 2018, before me _RoDERic L, ScoTT_ ,a
Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or
identified to me on the basis of satisfactory evidence to be the Living Man whose name is
subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that
he executed the same as his own free will, act, and deed.

_____ (Seal)
Notary Public

RODERIC L SCOTT
Notary Public, State of Michigan
County of Wayne
My Commission Expires July 4, 2021
Acting in the County of _____

*From the Desk of*
*Mr. Shonnon Sawyer*
*25999 Dover*

January 11, 2018

Consumer Financial Protection Bureau
Home Mortgage Disclosure Act
1275 First St. N.E.
Washington, D.C. 20002

Bank Fraud and Bank Embezzlement Complaint

To Whom it May Concern

*On October 19, 2010 I entered into an agreement with* JPMORGAN CHASE BANK
N.A. *which I was promised a loan I have not received to date. Yet* JPMORGAN
CHASE BANK N.A. *has collected monthly payments from me without verifying the
alleged loan. I have asked in writing for the return of my Note, mortgage Deed of
Trust and all my Closing documents. Along with all the payments made plus
interest and rent accrued. I have been informed by a reliable source that you are the
Bank police. I am reporting this crime of Consumer fraud.*

*I have also sent to* JPMORGAN CHASE BANK N.A. a **NOTICE OF DISCHARGE OF
OBLIGATION TO PAY INSTRUMENT**. *Twice now which they choose or have
chosen to ignore. I demand criminal prosecution to the fullest extent of the law.
Thank you for time and consideration in reading my concerns. I want my money
back times three for the fraud. My Home free and clear with no encumbrances.*

*Respectfully,*

Shonnon Sawyer

State of Michigan

County of Wayne

## ACKNOWLEDGMENT

On this 11th day of January, in the year of 2018, before me ___RODERIC L SCOTT___ ,a
Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or
identified to me on the basis of satisfactory evidence to be the Living Man whose name is
subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that
he executed the same as his own free will, act, and deed.

___Roderic L. Scott___ (Seal)

Notary Public

RODERIC L SCOTT
Notary Public, State of Michigan
County of Wayne
My Commission Expires July 4, 2021
Acting In the County of _Wayne_

*From the Desk of*
*Mr. Shonnon Sawyer*
*25999 Dover*
*Redford, Michigan 48239*

*January 26, 2018*

Office of the Comptroller of the Currency
400 7th Street, SW
Washington, D.C. 20219

Bank Fraud and Bank Embezzlement Complaint

To Whom it May Concern

In response to JPMORGAN CHASE BANK N.A. letter, dated January 12, 2018. Herein after JPMCBNA's letter is not in accordance to the demand made by Shonnon Sawyer, herein after SS. There was an offer of JPMCBNA accepted by SS which was never completed (no consideration), (see affidavit of no loan given). JPMCBNA's failure to produce a certified, front and back copy of the loan check is self-evident that there is no agreement. JPMCBNA business is commercial banking, not law. It doesn't matter if JPMCBNA doesn't recognize those documents. The fact is, those documents are legal, recognized in law.

SS sent numerous documents signed, notarized, and certified. SS is in receipt of JPMCBNA's computerized generated letter which is un-signed. SS's only acceptable response has to be from a bank director, the bank President, or CFO. It's not what JPMCBNA says, it's SS's contract. SS is the only signatory. JPMCBNA can not tell SS that SS can't have SS's documents upon demand and that certain documents are unavailable and proprietary. SS doesn't even know who is corresponding with SS. JPMCBNA sent letters, un-signed. That is unprofessional and has no force and effect in law. The directors, President, and CFO is responsible for all JPMCBNA's branches. Anything with SS's name on it is proprietary to SS, not JPMCBNA. SS is the principle, JPMCBNA is the agent. SS is the Trustor, JPMCBNA is the Trustee. By law SS is making it very clear that SS rescinded SS's signature (see attached) for failure to give SS a loan as well as a notarized front and back copy of the check signed by SS. JPMCBNA cannot prove under penalty of perjury that a loan was issued. JPMCBNA's failure to prove a loan was issued, lack there of, proves fraud and bank embezzlement etc... SS surrendered SS's deed and promissory note to JPMCBNA to uphold SS's end of the agreement. Where is the loan check? JPMCBNA failure to produce the loan check is evidence that the contract is void. There is no contract and SS cannot be held to terms of agreement of a contract that was not performed. I would like to thank JPMCBNA for their prompt response to the letters JPMCBNA don't recognize. However, it's not the correct and acceptable response demanded notarized under

ACKNOWLEDGMENT

On this 26th day of January, in the year 2018, before me _RoDERic L. SCoTT_, a Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or identified to me on the basis of satisfactory evidence to be the Living Man whose name is subscribed to/in the within instrument, secondly being sworn duly sworn, acknowledged before me that he executed the same as his own free will, act, and deed.


_____(Seal)

Notary Public

> RODERIC L SCOTT
> Notary Public, State of Michigan
> County of Wayne
> My Commission Expires July 4, 2021
> Acting in the County of Wayne

*From the Desk of*
*Mr. Shonnon Sawyer*
*25999 Dover*

*January 11, 2018*

U.S. Department of the Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220

Bank Fraud and Bank Embezzlement Complaint

To Whom it May Concern

*On October 19, 2010 I entered into an agreement with* JPMORGAN CHASE BANK
N.A. *which I was promised a loan I have not received to date. Yet* JPMORGAN
CHASE BANK N.A. *has collected monthly payments from me without verifying the
alleged loan. I have asked in writing for the return of my Note, mortgage Deed of
Trust and all my Closing documents. Along with all the payments made plus
interest and rent accrued. I have been informed by a reliable source that you are the
Bank police. I am reporting this crime of Consumer fraud.*

*I have also sent to* JPMORGAN CHASE BANK N.A. *a* **NOTICE OF DISCHARGE OF
OBLIGATION TO PAY INSTRUMENT.** *Twice now which they choose or have
chosen to ignore. I demand criminal prosecution to the fullest extent of the law.
Thank you for time and consideration in reading my concerns. I want my money
back times three for the fraud. My Home free and clear with no encumbrances.*

*Respectfully,*

Shonnon Sawyer

## ACKNOWLEDGMENT

On this 11th day of January, in the year of 2018, before me ___Roderic L. Scott___ ,a
Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or
identified to me on the basis of satisfactory evidence to be the Living Man whose name is
subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that
he executed the same as his own free will, act, and deed.

_____ (Seal)
Notary Public

RODERIC L SCOTT
Notary Public, State of Michigan
County of Wayne
My Commission Expires July 4, 2021
Acting in the County of _____

*From the Desk of*
*Mr. Shonnon Sawyer*
*25999 Dover*

*January 11, 2018*

Office of the Nations High Commissioner for Human Rights (OHCHR)
Palais des Nations
CH-1211 Geneva 10. Switzerland

Bank Fraud and Bank Embezzlement Complaint

To Whom it May Concern

*On October 19, 2010 I entered into an agreement with* JPMORGAN CHASE BANK N.A. *which I was promised a loan I have not received to date. Yet* JPMORGAN CHASE BANK N.A. *has collected monthly payments from me without verifying the alleged loan. I have asked in writing for the return of my Note, mortgage Deed of Trust and all my Closing documents. Along with all the payments made plus interest and rent accrued. I have been informed by a reliable source that you are the Bank police. I am reporting this crime of Consumer fraud.*

*I have also sent to* JPMORGAN CHASE BANK N.A. a **NOTICE OF DISCHARGE OF OBLIGATION TO PAY INSTRUMENT**. *Twice now which they choose or have chosen to ignore. I demand criminal prosecution to the fullest extent of the law. Thank you for time and consideration in reading my concerns. I want my money back times three for the fraud. My Home free and clear with no encumbrances.*

*Respectfully*

Shonnon Sawyer

**RODERIC L SCOTT**
Notary Public, State of Michigan
County of Wayne
My Commission Expires July 4, 2021
Acting in the County of Wayne

## ACKNOWLEDGMENT

On this 11th day of January, in the year of 2018, before me ___*Roderic L Scott*___ ,a
Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or
identified to me on the basis of satisfactory evidence to be the Living Man whose name is
subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that
he executed the same as his own free will, act, and deed.

_____(Seal)

Notary Public

RODERIC L SCOTT
Notary Public, State of Michigan
County of Wayne
My Commission Expires July 4, 2021
Acting in the County of _Wayne_

*From the Desk of*
*Mr. Shonnon Sawyer*
*25999 Dover*

January 11, 2018

Postmaster General
Postal Inspector/Mortgage Fraud Division
475 L'Enfant Plaza SW
Washington, D.C. 20260

Bank Fraud and Bank Embezzlement Complaint

To Whom it May Concern

*On October 19, 2010 I entered into an agreement with* JPMORGAN CHASE BANK N.A. *which I was promised a loan I have not received to date. Yet* JPMORGAN CHASE BANK N.A. *has collected monthly payments from me without verifying the alleged loan. I have asked in writing for the return of my Note, mortgage Deed of Trust and all my Closing documents. Along with all the payments made plus interest and rent accrued. I have been informed by a reliable source that you are the Bank police. I am reporting this crime of Consumer fraud.*

*I have also sent to* JPMORGAN CHASE BANK N.A. *a* **NOTICE OF DISCHARGE OF OBLIGATION TO PAY INSTRUMENT**. *Twice now which they choose or have chosen to ignore. I demand criminal prosecution to the fullest extent of the law. Thank you for time and consideration in reading my concerns. I want my money back times three for the fraud. My Home free and clear with no encumbrances.*

*Respectfully,*

Shonnon Sawyer

ACKNOWLEDGMENT

On this 11th day of January, in the year of 2018, before me _Roderic L. Scott_ ,a Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or identified to me on the basis of satisfactory evidence to be the Living Man whose name is subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that he executed the same as his own free will, act, and deed.

_____(Seal)

Notary Public

RODERIC L SCOTT
Notary Public, State of Michigan
County of Wayne
My Commission Expires July 4, 2021
Acting in the County of _____

*From the Desk of*
*Mr. Shonnon Sawyer*
*25999 Dover*

*January 11, 2018*

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington. D.C. 20530-0001

Bank Fraud and Bank Embezzlement Complaint

To Whom it May Concern

*On October 19, 2010 I entered into an agreement with* JPMORGAN CHASE BANK N.A. *which I was promised a loan I have not received to date. Yet* JPMORGAN CHASE BANK N.A. *has collected monthly payments from me without verifying the alleged loan. I have asked in writing for the return of my Note, mortgage Deed of Trust and all my Closing documents. Along with all the payments made plus interest and rent accrued. I have been informed by a reliable source that you are the Bank police. I am reporting this crime of Consumer fraud.*

*I have also sent to* JPMORGAN CHASE BANK N.A. *a* **NOTICE OF DISCHARGE OF OBLIGATION TO PAY INSTRUMENT**. *Twice now which they choose or have chosen to ignore. I demand criminal prosecution to the fullest extent of the law. Thank you for time and consideration in reading my concerns. I want my money back times three for the fraud. My Home free and clear with no encumbrances.*

*Respectfully*

Shonnon Sawyer

ACKNOWLEDGMENT

On this 11th day of January, in the year of 2018, before me _Roberic L. Scott_ ,a
Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or
identified to me on the basis of satisfactory evidence to be the Living Man whose name is
subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that
he executed the same as his own free will, act, and deed.

_____ (Seal)
Notary Public

RODERIC L SCOTT
Notary Public, State of Michigan
County of Wayne
My Commission Expires July 4, 2021
Acting in the County of _____

*From the Desk of*
*Mr. Shonnon Sawyer*
*25999 Dover*

*January 11, 2018*

Office of the Comptroller of the Currency
400 7th Street, SW
Washington, D.C. 20219

Bank Fraud and Bank Embezzlement Complaint

To Whom it May Concern

*On October 19, 2010 I entered into an agreement with* JPMORGAN CHASE BANK N.A. *which I was promised a loan I have not received to date. Yet* JPMORGAN CHASE BANK N.A. *has collected monthly payments from me without verifying the alleged loan. I have asked in writing for the return of my Note, mortgage Deed of Trust and all my Closing documents. Along with all the payments made plus interest and rent accrued. I have been informed by a reliable source that you are the Bank police. I am reporting this crime of Consumer fraud. I want you to initiate a lawsuit against Chase on my behalf for bank fraud.*

*I have also sent to* JPMORGAN CHASE BANK N.A. *a* **NOTICE OF DISCHARGE OF OBLIGATION TO PAY INSTRUMENT.** *Twice now which they choose or have chosen to ignore. I demand criminal prosecution to the fullest extent of the law. Thank you for time and consideration in reading my concerns. I want my money back times three for the fraud. My Home free and clear with no encumbrances.*

*Respectfully,*

Shonnon Sawyer

State of Michigan

County of Wayne

ACKNOWLEDGMENT

On this 11ᵗʰ day of January, in the year of 2018, before me _Roderic L. Scott_____ ,a
Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or
identified to me on the basis of satisfactory evidence to be the Living Man whose name is
subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that
he executed the same as his own free will, act, and deed.

_____(Seal)

Notary Public

```
RODERIC L SCOTT
Notary Public, State of Michigan
County of Wayne
My Commission Expires July 4, 2021
Acting in the County of _____
```

*From the Desk of*
*Mr. Shonnon Sawyer*
*25999 Dover*

*January 18, 2018*

U.S. Senator Debbie Stabenow
Hart Senate Office Building
Washington, D.C. 20510

Bank Fraud and Bank Embezzlement Complaint

To Whom it May Concern

*On October 19, 2010 I entered into an agreement with* JPMORGAN CHASE BANK N.A. *which I was promised a loan I have not received to date. Yet* JPMORGAN CHASE BANK N.A. *has collected monthly payments from me without verifying the alleged loan. I have asked in writing for the return of my Note, mortgage Deed of Trust and all my Closing documents. Along with all the payments made plus interest and rent accrued. I have been informed by a reliable source that you are the Bank police. I am reporting this crime of Consumer fraud.*

*I have also sent to* JPMORGAN CHASE BANK N.A. *a* **NOTICE OF DISCHARGE OF OBLIGATION TO PAY INSTRUMENT.** *Twice now which they choose or have chosen to ignore. I demand criminal prosecution to the fullest extent of the law. Thank you for time and consideration in reading my concerns. I want my money back times three for the fraud. My Home free and clear with no encumbrances.*

*Respectfully ,*

Shonnon Sawyer

**ACKNOWLEDGMENT**

On this 18th day of January, in the year 2018, before me _____, a Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or identified to me on the basis of satisfactory evidence to be the Living Man whose name is subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that he executed the same as his own free will, act, and deed.


_____(Seal)

**Notary Public**



```
RODERIC L SCOTT
Notary Public, State of Michigan
County of Wayne
My Commission Expires July 4, 2021
Acting In the County of _____
```

*From the Desk of*
*Mr. Shonnon Sawyer*
*25999 Dover*

*January 11, 2018*

Federal Trade Commission
Office of Inspector General
Room CC-5206
600 Pennsylvania Ave., NW
Washington, DC 20580

Bank Fraud and Bank Embezzlement Complaint

To Whom it May Concern

*On October 19, 2010 I entered into an agreement with* JPMORGAN CHASE BANK
N.A. *which I was promised a loan I have not received to date. Yet* JPMORGAN
CHASE BANK N.A. *has collected monthly payments from me without verifying the
alleged loan. I have asked in writing for the return of my Note, mortgage Deed of
Trust and all my Closing documents. Along with all the payments made plus
interest and rent accrued. I have been informed by a reliable source that you are the
Bank police. I am reporting this crime of Consumer fraud.*

*I have also sent to* JPMORGAN CHASE BANK N.A. a **NOTICE OF DISCHARGE OF
OBLIGATION TO PAY INSTRUMENT**. *Twice now which they choose or have
chosen to ignore. I demand criminal prosecution to the fullest extent of the law.
Thank you for time and consideration in reading my concerns. I want my money
back times three for the fraud. My Home free and clear with no encumbrances.*

*Respectfully,*

Shonnon Sawyer

State of Michigan

County of Wayne

ACKNOWLEDGMENT

On this 11th day of January, in the year of 2018, before me ___RODERIC L. Scott___ ,a
Notary Public, personally appeared Shonnon Sawyer firstly being duly affirmed to be known or
identified to me on the basis of satisfactory evidence to be the Living Man whose name is
subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that
he executed the same as his own free will, act, and deed.

_____ (Seal)
Notary Public

RODERIC L SCOTT
Notary Public, State of Michigan
County of Wayne
My Commission Expires July 4, 2021
Acting in the County of _____

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Shannon Sawyer

**DEFENDANTS** JPMORGAN CHASE BANK, N.

**(b)** County of Residence of First Listed Plaintiff  Wayne  266/63
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  New York
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☒ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Maxims of equity

Brief description of cause:  Violation of clearly written federal law

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** note, Deed 1.5 million, all payment, interest

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE  5-16-18

SIGNATURE OF ATTORNEY OF RECORD  Shannon Sawyer

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?      ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :